CAUSE NO. 27251

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | 6th COURT OF APPEALS |
| vs. | § | OF LAMAR COUNTY, TEXAS |
| | § | |
| DARIN GLYN CRITES | § | SIXTH JUDICIAL DISTRICT |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/29/2018 4:28:20 PM
DEBRA AUTREY
Clerk

NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW DARIN GLYN CRITES, Defendant in the above styled and numbered cause and gives this written notice of appeal of the Judgment of Conviction and Sentence herein rendered in this case.

Signed on this the 8th day of January, 2018.

/s/Zachary A. Ressler
Attorney for the Defendant
State Bar No. 24094912
101 W. Houston
Paris, TX. 75460
Phone: (903) 785-2600
Fax:    (903) 785-6688